| | |
|---|---|
| IN THE: **DENVER DISTRICT COURT, STATE OF COLORADO** <br> Court Address: 901 19th Street, Room A105 <br> Denver, CO 80294 | **FILED** <br> UNITED STATES DISTRICT COURT <br> DENVER, COLORADO <br> **JAN 1 5 2013** <br> JEFFREY P. COLWELL <br> CLERK |
| **SOLOMON BOWENS,** <br>     Plaintiff, <br> v. <br> **STERLING CORRECTIONAL FACILITY;** <br> **THE WARDEN, IN HIS INDIVIDUAL CAPACITY, STERLING CORRECTIONAL FACILITY** <br>     Defendant. | ▯ COURT USE ONLY ▯ |
| Attorney for Defendant <br> Solomon Bowens          (*Pro Se*) <br> Inmate Number: _____ <br> PO Box 1108 <br> Denver, CO 80201 | CASE #: _____ <br> DIVISION   CR <br> : <br> CTRM: |
| **PRISONER COMPLAINT** | |

### A. PARTIES

1. Solomon Bowens, Van-Cise – Simonet Detention Center, 490 W. Colfax Ave, Denver, CO 80204

2. Sterling Correctional Facility. Sterling, CO
   At the time that the claim(s) in the complaint arose, was this defendant acting within the color of state law? ___ Yes _X_ No

   The defendant, was not acting under color of the state law, when, the correctional facility, negligently denied Solomon Bowens, the plaintiff, his prescribed medication for Multiple Sclerosis, with bias, because he "looked healthy".

3. The Warden, Sterling Correctional Facility. Sterling, CO

At the time that the claim(s) in the complaint arose, was this defendant acting within the color of state law? ___ Yes _X_ No

The warden, in his individual capacity, oversees safety and security of the Sterling Correctional Facility, which includes the medical department. The medical department, under his oversight, negligently denied the plaintiff, Solomon Bowens, his medication for multiple sclerosis. The plaintiff's primary care physician, ensured that the Sterling Medical team had the plaintiff's records forwarded to their office, and with that, the plaintiff was still denied medication based on the bias that he is muscular, looks healthy and because his condition was "not life threatening."

## B. JURISDICTION

I assert jurisdiction over my civil rights pursuant to:
_X_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (State Prisoners)

## C. NATURE OF THE CASE

The nature of this case is the blatant negligence and bias that the Sterling Correctional Facility and the medical professionals under the supervision of the warden, displayed with regard to the health and life of the plaintiff. Furthermore, Sterling Correctional and the warden, negligently put the plaintiff's life at risk, when, they were alerted to the plaintiff's medical condition, and, did not attempt to rectify the situation because "his medical condition was not life threatening" and also because "he looks healthy".

## D. CAUSE OF ACTION

1. Claim One: Negligence
Supporting Facts:
September 2006, the plaintiff was in custody and heading to the Sterling Correctional Facility, located in Sterling, Colorado. When departing from the care of the Denver Reception and Diagnostic Center, the plaintiff was the recipient of medical care with relation to multiple sclerosis. Upon arrival at Sterling, which is under the warden's management and oversight, he was denied medication and necessary medical treatment that would keep the ailments of his disorder at bay. The medical staff, which is one of the many teams under the wardens management, denied medical care and medication after an exam of the plaintiff, who appeared, "healthy"

after several physicals, grievances, medical appointments and finally his primary care physician sending down his file, he was denied again, with the bias that "he looked healthy" because the plaintiff is in shape. Multiple Sclerosis is a disease that is Physical and Mental, with deterioration that cant be seen.

2. Claim Two: Deliberate Indifference
Supporting Facts: Between 2007 and 2011, The Sterling Correctional Facility and its medical team, With oversight from the warden, acted with malice and with deliberate indifference to the plaintiff's life, when, denying him the benefit of health and life, during his incarceration, at the Sterling Correctional Facility, on the basis of "Looking Healthy". Looking healthy and being healthy are two different things, one of which could not be visible to the naked eye.

3. Claim Three: Outrageous Conduct
Supporting Facts: The medical team at the Sterling Correctional Facility acted with extreme outrageous conduct, after, being the recipient of the plaintiff's medical records. They, at that time, denied the plaintiff medication and medical treatment without basis, on the fact that "he looked healthy".

4. Claim Four: Mental Anguish and Stress
Supporting Fact: The Sterling Correctional Facility and the warden as overseeer of the prison, caused the plaintiff mental anguish and stress when denying him health benefits, which also was a violation of his civil rights. Multiple Sclerosis, is a disease that is not visible in affects, but physical and mental, which sometimes can not be seen to the human eye. With MS, it causes mental anguish on top of the stress and worry of not being the recipient of the care that he should have received as a CO.D.O.C. Client.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit in any federal or state court while you have been incarcerated? ____ Yes __X__ No
The plaintiff has never filed suit before because it causes a lot of mental stress and exertion, which is inhibited by multiple sclerosis.

### F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institutions in which you are confined?
__X__ Yes ____ No

2. Did you exhaust all available administrative remedies? _X_ Yes ___ No
All administrative remedies were immediately turned down by the staff at the Sterling Correctional Facility. I did fill out grievances, to no avail.

### G. REQUEST FOR RELIEF

I am asking for relief in the form of compensatory and punitive damages, due to the blatant disregard for my life that was shown to me when I was incarcerated at the Sterling Correctional Facility. I was subjected to mental anguish and stress, due to being denied the medical care that I deserve, as that is a constitutional right. Due to the prison's negligence and failure to provide medical care, I was subjected to physical anguish and stress, due to my MS. Furthermore, I am asking the court, if they would award me $100,000 a day, for everyday that I was incarcerated, due to the fact that Sterling Correctional Facility, and its medical staff ascertained that I was healthy after I was diagnosed with MS, and because at that point, they denied and deprived me of the care that I need to maintain my current medical condition.

### DECLARATION UNDER PENALTY OF PURJURY

I declare that under penalty of purjury, that I am the plaintiff in this action, that I have reat this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C § 1746; 18 U.S.C. § 1621

Executed on: _____

_____

NOTARY: _____

*[Notary seal: CURTIS L. LAFFERTY, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 7/25/2016]*

Solomon Bowers 4-B                                                                                                         1/5/13