IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00081-BNB

SOLOMON BOWENS,

    Plaintiff,

v.

STERLING CORRECTIONAL FACILITY, and
THE WARDEN, in his individual capacity, Sterling Correctional [Facility],

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Solomon Bowens, currently is incarcerated at the Denver Van Cise-Simonet Detention Center. He has filed *pro se* an amended Prisoner Complaint (ECF No. 7) pursuant to 42 U.S.C. § 1983 for money damages.

On February 5, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 9) directing Mr. Bowens to file within thirty days a second amended complaint that was legible, sued the proper parties, complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and alleged the personal participation of each named Defendant. Magistrate Judge Boland warned Mr. Bowens that, if he failed within the time allowed to file a second amended complaint that complied with the February 5 order as directed, the action would be dismissed without further notice.

Mr. Bowens has failed to file a second amended complaint as directed in the February 5 order, or otherwise communicate with the Court in any way within the time allowed. Therefore, the amended complaint and the action will be dismissed for Mr.

Bowens' failure to file a second amended complaint as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Bowens files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the amended Prisoner Complaint (ECF No. 7) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Solomon Bowens, within the time allowed, to file a second amended complaint as directed in the order of February 5, 2013 (ECF No. 9), and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  18th  day of    March         , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court